

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/15/22

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

March 15, 2022

**APPLICATION GRANTED**
**SO ORDERED:**

_____
Vincent L. Briccetti, U.S.D.J.
Dated: 3/15/22
White Plains, NY

The 3/16/22 conference is adjourned to 5/18/2022 at 11:00 a.m.

**BY ECF & EMAIL**

The Honorable Vincent Briccetti
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   United States v. Matthew Dusablon, 21 Cr. 628 (VB)

Dear Judge Briccetti:

I write on behalf of the parties to seek an approximately 60-day adjournment of the status conference in this matter, currently scheduled for March 16, 2022 at 11:00 a.m. As indicated in our last submission, the Government is continuing to investigate this matter, and the outcome of that investigation may have some bearing on the resolution of this case. The Government hopes to conclude this piece of the investigation in the coming weeks.

For all of these reasons, the Government now respectfully requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from March 16, 2022, through and including the date of the rescheduled status conference. The Government respectfully submits that an exclusion of time would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial. Ms. Charrington and Mr. Parker both consent to this request.

The Government respectfully encloses a proposed order excluding time.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: _____
Benjamin A. Gianforti
Assistant United States Attorney
(212) 637-2490

cc:   *Karen Charrington, Esq. (by ECF & email)*
      *Daniel Parker, Esq. (by ECF & email)*