

6/14/2022

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

June 13, 2022

**APPLICATION GRANTED**
**SO ORDERED:**

/s/ Vincent L. Briccetti
Vincent L. Briccetti, U.S.D.J.
Dated: 6/14/2022
White Plains, NY

Conference is adjourned to:
8/11/2022 at 3:00 pm

**BY ECF & EMAIL**

The Honorable Vincent Briccetti
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   United States v. Matthew Dusablon, 21 Cr. 628 (VB)

Dear Judge Briccetti:

    I write on behalf of the parties to seek a 45 to 60-day adjournment of the status conference in this matter, currently scheduled for June 15, 2022 at 10:00 a.m. Since the parties' last request for an adjournment, the Government has taken an important step in its investigation, which the Government hopes will facilitate plea negotiations with both parties. Accordingly, the parties seek additional time in which to conduct those negotiations.

    For all of these reasons, the Government now respectfully requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from June 15, 2022, through and including the date of the rescheduled status conference. The Government respectfully submits that an exclusion of time would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial. Ms. Charrington and Mr. Parker both consent to this request.

    The Government respectfully encloses a proposed order excluding time.

    Very truly yours,

    DAMIAN WILLIAMS
    United States Attorney

by: /s/ Benjamin A. Gianforti
    Benjamin A. Gianforti
    Assistant United States Attorney
    (212) 637-2490

cc:   *Karen Charrington, Esq. (by ECF & email)*
     *Daniel Parker, Esq. (by ECF & email)*