UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
:
UNITED STATES OF AMERICA
:          7:21-CR00628-1
:
   -against-                         :          ORDER
:
  Matthew Dusablon
:
     Defendant
:
------------------------------------X

Vincent L. Briccetti, United States District Judge:

Upon the report of Pretrial Services, it is hereby ORDERED that the defendant's bail be modified to include the conditions of mental health assessment and treatment under the guidance of Pretrial Services.

   Dated: New York, New York

       September 16, 2022

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge