**THE CHARRINGTON FIRM, P.C.** Attorneys and Counselors at Law
One Cross Island Plaza
Suite 212
Rosedale, New York 11422
Office: (718) 528-4422 Fax: (718) 528-4420

RECEIVED
NOV 07 2022
CHAMBERS OF
VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

November 7, 2022

Honorable Vincent L. Briccetti
United States District Judge
United States Courthouse
300 Quarropas St.
White Plains, New York 10601

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/7/22

Re: United States v. Matthew Dusablon
    21-Cr-628 (VB)

Dear Judge Briccetti:

This office represents Matthew Dusablon in the above-referenced matter, which is scheduled for sentencing on November 29, 2022 and the deadline to submit defendant's sentencing submission is November 16, 2022.

With the Government's consent, we write to respectfully request a four (4) week extension to file defendant's sentencing submission to December 16, 2022 and that the deadline for the Government's submission be adjusted accordingly. As a result, we request that the sentencing date be rescheduled to a date convenient to the Court.

We make this application in order to allow additional time to collect important mitigating information for defendant's sentencing submission. This is the defendant's first request for such an adjournment.

We thank the Court for its consideration of this request.

Respectfully submitted,

Karen H. Charrington, Esq.
Cc: AUSA Benjamin Gianforti (ECF)

APPLICATION GRANTED
SO ORDERED:
Vincent L. Briccetti, U.S.D.J.
Dated: 11/7/22
White Plains, NY

Sentencing adjourned to 1/3/23 at 10:00 a.m. Defense sentencing submission due 12/16/22, Government's submission due 12/23/22